IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAYLOR BURKE, as Special Administrator to the Estate of LAWANDA WARD, deceased,<br><br>            Plaintiff,<br><br>v.<br><br>SARAH KESSLER, et al.,<br><br>            Defendants. | ORDER GRANTING MOTION OF DEFENDANTS SARAH KESSLER, MATTHEW WILLIS, E.OKODUWA, AND S.WHITWORTH FOR AN EXTENSION OF TIME TO ANSWER<br><br><br>Case No. 4:21-cv-00131-TS-MTS<br><br>District Judge Ted Stewart[1] |

This matter is before the Court on Motion of Defendants Sarah Kessler, Matthew Willis, E. Okoduwa, and S. Whitworth for an Extension of Time to Answer. For the reasons set forth in the Motion and good cause appearing, the Court will grant the Motion and extend Defendants' time to answer to June 19, 2023.

It is therefore

ORDERED that the Motion of Defendants Sarah Kessler, Matthew Willis, E. Okoduwa, and S. Whitworth for an Extension of Time to Answer (Docket No. 56) is GRANTED.

DATED this 13th day of June, 2023.

BY THE COURT:

_____
Ted Stewart
United States District Judge

---

[1] Sitting by special designation for the Northern District of Oklahoma.