UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.   TAYLOR BURKE, as Special Administrator to the Estate of LAWANDA WARD, deceased, | ) ) ) ) | |
|        Plaintiffs, | ) ) ) | |
| vs. | ) ) | Case No.: 4:21-cv-00131-TS-MTS |
| 1.   SARAH KESSLER;<br>2.   MATTHEW WILLIS;<br>3.   M. FORBES;<br>4.   E. OKODUWA; and<br>5.   S. WHITWORTH; | ) ) ) ) ) ) | |
|        Defendants. | ) | |

**DEFENDANT MATTHEW WILLS AMENDED MOTION FOR STAY OF PROCEEDINGS**

COMES NOW, Defendant Matthew Wills, by and through counsel of record, and files and Amended Motion for Stay. Due to a scrivener's error, the length of stay in the original motion was inconsistent with the length of Defendant Wills's deployment. Pursuant to the Servicemembers Civil Relief Act (SCRA), 50 U.S.C. § 522, respectfully moves this Court for a stay of these proceedings consistent with Defendant Wills deployment. His ability to defend and participate meaningfully in his case is materially affected by his military duties. In support of this motion and in compliance with the SCRA, Wills has included:

1. A letter from Wills commanding officer attesting to his unavailability due to service overseas. Exhibit 1, letter from Department of the Army.

2. Exhibit 1 notes his deployment overseas is expected to last until August 2025.

3. As the Court has now entered a Scheduling Order and Joint Status Report, this matter will require Wills participation in discovery and other defense related matters to

which only he would be able to provide. His time overseas significantly impacts his ability to assist counsel in his Defense.

WHEREFORE, Defendant Matthew Wills, prays this Court grant him a stay of these proceedings until August 2025, along with any other relief deemed just and proper. A draft order is being submitted concurrently with this Motion.

Respectfully submitted,

By    /s/ Jon Williford
JOHN H. TUCKER, OBA 9110
jtucker@rhodesokla.com
Austin T. Jackson, OBA 33922
ajackson@rhodesokla.com
Joseph E. Stall, OBA 32875
jstall@rhodesokla.com
John M. Williford, OBA 19508
Jwilliford@rhodesokla.com
RHODES HIERONYMUS JONES TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173; (918) 592-3390 (fax)
**Attorneys for Defendants, Sarah Kessler, Matthew Willis, M. Forbes, E. Okoduwa, and S. Whitworth**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 4TH day of October, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

*Attorneys for Plaintiff:*

| | |
|---|---|
| Daniel E. Smolen | danielsmolen@ssrok.com |
| Robert M. Blakemore | bobblakemore@ssrok.com |
| 701 S. Cincinnati Ave. | |
| Tulsa, OK  74119 | |

*Attorneys for the City of Tulsa:*

| | |
|---|---|
| David E. O'Meilia | domeilia@cityoftulsa.org |
| Gerald M. Bender | gbender@cityoftulsa.org |
| Kristina L. Gray | kgray@cityoftulsa.org |
| R. Lawson Vaughn | lvaughn@cityoftulsa.org |
| City of Tulsa, Oklahoma | |
| City Hall @ One Technology Center | |
| 175 E. Second Street, Suite 685 | |
| Tulsa, OK  74103 | |

                                          */s/ John H. Tucker*