## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAYLOR BURKE, as Special Administrator of the Estate of LAWANDA WARD, deceased,<br><br>     Plaintiff,<br><br>v.<br><br>SARAH KESSLER, *et al.*,<br><br>     Defendants. | Case No. 21-CV-131-TS-MTS |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, **IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff Taylor Burke, as Special Administrator of the Estate of Lawanda Ward, deceased, and the remaining Defendants in this action, Sarah Kessler, Matthew Willis, M. Forbes, E. Okoduwa, and S. Whitworth (collectively, "Defendants"), as follows:

Plaintiff's claims against Defendants are dismissed without prejudice to refiling. Plaintiff and Defendants shall bear their own fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/Robert M. Blakemore | /s/ Jon Williford |
| Daniel E. Smolen, OBA #19943 | John H. Tucker, OBA 9110 |
| Robert M. Blakemore, OBA #18656 | Jon M. Williford, OBA 19508 |
| Smolen & Roytman | RHODES HIERONYMUS JONES |
| 701 South Cincinnati Avenue | TUCKER & GABLE |
| Tulsa, OK 74119 | P.O. Box 21100 |
| (918) 585-2667 | Tulsa, Oklahoma 74121-1100 |
| (918) 585-2669 Fax | (918) 582-1173; (918) 592-3390 (fax) |
| danielsmolen@ssrok.com | |
| bobblakemore@ssrok.com | *Attorneys for Defendants, Sarah Kessler,* |
| | *Matthew Willis, M. Forbes, E. Okoduwa and* |
| *Attorneys for Plaintiff* | *S. Whitworth* |

1